### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Issac Oneal Maiden,<br><br>　　　　　Defendant. | Case No. 23-cr-107 (PJS/DJF)<br><br><br>**ORDER** |

On June 8, 2023, the Court held a Motion Hearing (ECF No. 22), during which the parties waived argument on the Government's Motion for Discovery (ECF No. 13). Based on the foregoing, and on all of the files, records, and proceedings herein, the Court grants the Government's motion as follows.

The Government seeks discovery and disclosure as required by Rules 16(b), 12.1, 12.2, 12.3 and 26.2 of the Federal Rules of Criminal Procedure (ECF No. 13). The Government's motion (ECF No. [13]) is **GRANTED** insofar as Defendant Issac Oneal Maiden shall provide discovery to the extent required by the applicable Rules. With respect to expert discovery pursuant to Rules 16(a)(1)(G) and 16(b)(1)(C), the following deadlines shall apply:

a. Initial expert disclosures: **28 days prior to trial**.

b. Rebuttal expert disclosures: **14 days prior to trial**.

**SO ORDERED**.

Dated: June 12, 2023

　　　　　　　　　　　　　　　　　　　*s/ Dulce J. Foster*　　　　　　
　　　　　　　　　　　　　　　　　　　Dulce J. Foster
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1