UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-0107(1) (PJS/DJF) |
| Plaintiff, | |
| v. | ORDER |
| ISAAC ONEAL MAIDEN, | |
| Defendant. | |

Benjamin Bejar, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Thomas H. Shiah, LAW OFFICES OF THOMAS H. SHIAH, LTD., for defendant.

This matter is before the Court on defendant Isaac Maiden's objection to the July 19, 2023, Report and Recommendation ("R&R") of Magistrate Judge Dulce J. Foster.[1] Judge Foster recommends denying Maiden's motion to dismiss Counts 1 and 3 of the indictment under *New York State Rifle & Pistol Association v. Bruen*, 142 S. Ct. 2111 (2022). The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3). Based on that review, the Court overrules Maiden's objection, adopts the R&R, and denies Maiden's motion to dismiss.

---

[1] The R&R was docketed on July 20, 2023.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES defendant's objection [ECF No. 38] and ADOPTS the R&R [ECF No. 37].  IT IS HEREBY ORDERED THAT defendant's motion to dismiss Counts 1 and 3 [ECF No. 21] of the indictment [ECF No. 1] is DENIED.

Dated:  August 21, 2023                                    s/Patrick J. Schiltz
                                                                   Patrick J. Schiltz, Chief Judge
                                                                   United States District Court