UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                              **ORDER ADOPTING REPORT AND RECOMMENDATION**
                               Criminal File No. 23-00107 (MJD/DJF)

ISSAC ONEAL MAIDEN,
a/k/a Sick,

      Defendant.

Thomas H. Holenhorst, Assistant United States Attorney, Counsel for Plaintiff.

Thomas H. Shiah, Law Offices of Thomas H. Shiah, Ltd., Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Dulce J. Foster filed September 5, 2023. [Doc. 43.] Defendant filed objections to the Report and Recommendation. [Doc. 45.] Pursuant to statute, the Court has conducted a _de novo_ review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Foster.

1

2

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Dulce J. Foster filed September 5, 2023. **[Doc. 43.]** Defendant's Motion to Suppress Any Evidence Obtained as a Result of Any Illegal Searches **[Doc. 17]** is **DENIED**.

Dated:  October 25, 2023                                       s/Michael J. Davis
                                                                                    Michael J. Davis
                                                                                   United States District Court